# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**Robert N. Anderson**

               V.               CASE NUMBER: 5:91-cv-1294 (HGM)

**Cesar Perales, et al.**


**[X]  Decision by Court.**  This action came to trial or hearing before the Court.
        The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


     Plaintiff's request for additional Discovery is denied as moot; granting [49] Motion for Summary Judgment, Complaint is dismissed; granting [52] Motion to Quash subpoena


All of the above pursuant to the order of the Honorable Senior District Judge Munson, dated the 6th day of June, 2006.



**June 6th, 2006**                                                          **LAWRENCE K. BAERMAN**

_____         _____
**DATE**                                                                          **CLERK OF COURT**


                                                                           S/

                                                                   _____

                                                                   **KARA LOONEY**

                                                                   **DEPUTY CLERK**